UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-405-RJC-DCK

| TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD., | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| TITAN TRANSPORT, LLC, | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court, sua sponte, for Plaintiff's failure to comply with Local Rule 83.1 requiring attorneys to register for ECF. On August 24, 2011, this Court sent a notice to counsel for Plaintiff Tokio Marine & Nichido Fire Insurance Co., Ltd. that pursuant to the Local Rules of the Western District of North Carolina, they are required to register for ECF at www.ncwd.uscourts.gov. When counsel for Plaintiff failed to register, this Court sent a second notice on September 14, 2011.

**IT IS, THEREFORE, ORDERED** that counsel for Plaintiff has fifteen (15) days from the date of this Order to register for ECF pursuant to Local Rule 83.1. Failure to so register may result in the dismissal of this case and/or counsel.

Signed: September 30, 2011

Robert J. Conrad, Jr.
Chief United States District Judge