IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-405-RJC-DCK

| | |
|---|---|
| TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TITAN TRANSPORT, LLC, | ) ) |
| Defendant. | ) ) ) |

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) concerning James A. Saville, Jr., filed December 7, 2011. Mr. Saville seeks to appear as counsel *pro hac vice* for Plaintiff Tokio Marine & Nichido Fire Insurance Co., Ltd.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Saville is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff Tokio Marine & Nichido Fire Insurance Co., Ltd.

Signed: December 7, 2011

David C. Keesler
United States Magistrate Judge